IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 1:08cr40-SPM

WILLIAM SAMUEL YEARTY,
  a/k/a Sammy Yearty,

    and

ROBERT ANTHONY PARKER,
  a/k/a Tony Parker,

    Defendants.
_____/

### ORDER GRANTING DEFENDANT YEARTY'S FIRST MOTION IN LIMINE

This cause comes before the Court on Defendant Yearty's Motion in Limine (doc. 91), which has been adopted by Defendant Parker (see docs. 97 and 109). The Government has filed a response in opposition (doc. 116). Each side presented oral argument on November 13, 2009.

At issue are portions of recorded conversations between Defendants and an undercover agent. From 34 hours of recordings in total, the parties have pared down and agreed upon 7 hours of recordings to be played at trial. The motion in limine identifies discreet portions of those recordings. Defendant contends that the portions have little or no relevance to the case and are unfairly

prejudicial.  The Court agrees.

The Government's sole basis for playing the portions is to show Defendants' comfort level with the undercover agent.  According to the Government, Defendants' willingness to discuss private or controversial matters freely with the undercover agent rebuts the allegations coercion or pressure entailed by their entrapment defense.  The remaining 7 hours of recordings should be sufficient to show Defendants' comfort with the undercover agent, however.  Included within the 7 hours are various conversations that show the rapport that developed between the undercover agent and Defendants.  The excluded portions are a very small part of the recordings and the probative value is substantially outweighed by the danger of unfair prejudice.  Accordingly, it is

ORDERED AND ADJUDGED:

1. Defendant Yearty's Motion in Limine (doc. 91) is granted.

2. The Government shall redact the identified portions from the recordings to be played at trial.

DONE AND ORDERED this 24th day of November, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge