IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 1:08cr40-SPM

WILLIAM SAMUEL YEARTY,
  a/k/a Sammy Yearty,

    and

ROBERT ANTHONY PARKER,
  a/k/a Tony Parker,

    Defendants.
_____/

## ORDER GRANTING DEFENDANT PARKER'S MOTION IN LIMINE

This cause comes before the Court on Defendant Parker's motion in limine (doc. 104). Defendant Yearty filed a motion to adopt (doc. 105), which will be granted. The Government filed a response in opposition (doc. 116). Each side presented oral argument on November 13, 2009.

At issue are Defendants' campaign finance records. Defendants concede that the campaign finance records may be used to impeach any defense witness for bias and prejudice if the witness contributed to Defendants' political campaigns. Defendants contend, however, that the records cannot be introduced in the Government's case-in-chief because the records are otherwise irrelevant.

The Government contends that in addition to impeachment, the records show Defendants' predisposition to accept cash without reporting it. It is unclear whether the campaign records could show this. In any event, since this is not a campaign fraud case, introduction of the campaign finance records for this limited purpose is likely to confuse the issues and mislead the jury. The probative value is substantially outweighed by the danger of unfair prejudice. Accordingly, it is

ORDERED AND ADJUDGED:

1. Defendant Parker's motion in limine (doc. 104) is granted.

2. Defendant Yearty's Motion to Adopt Defendant Parker's Motion in Limine (doc. 105) is granted.

3. The Government shall not use the campaign finance records in its case-in-chief, but may use the records as impeachment to show bias and prejudice.

DONE AND ORDERED this 24th day of November, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge