IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 1:08cr40-SPM

WILLIAM SAMUEL YEARTY,
  a/k/a Sammy Yearty,

    Defendant.
_____/

**ORDER DENYING AS MOOT DEFENDANT YEARTY'S**
**SECOND MOTION IN LIMINE REGARDING COMPLETENESS**

This cause comes before the Court on Defendant Yearty's 2nd Motion in Limine (doc. 99), which requests that certain recording be played in their entirety. Defendant Yearty has since filed notice of the portions of the recordings he wishes to play at trial. See docs. 120 and 128. He notified the Court at the hearing on November 13, 2009, that the motion has been made moot by the parties' agreement to the records that will be played. Accordingly, it is

ORDERED AND ADJUDGED: Defendant Yearty's 2nd Motion in Limine (doc. 99) is denied as moot.

DONE AND ORDERED this 25th day of November, 2009.

        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        Chief United States District Judge