IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 1:08cr40-SPM

WILLIAM SAMUAL YEARTY
  a/k/a Sammy Yearty,

       Defendant.
_____/

## ORDER CONTINUING SENTENCING HEARING

This cause comes before the Court on the Unopposed Motion to Continue Disposition (doc. 177) filed by Defendant William Samuel Yearty. Defendant explains that his attorney had a trial conflict with the sentencing scheduled for April 5, 2010. The Government does not oppose the requested continuance. Based on the foregoing, it is

ORDERED AND ADJUDGED:

1. The Unopposed Motion to Continue Disposition (doc. 177) is granted.

2. The sentencing hearing for Defendant William Samuel Yearty is continued to May 3, 2010 at 1:30 p.m. at the United States Courthouse in

Gainesville, Florida.

3. Defendant Robert Anthony Parker remains scheduled for sentencing on April 5, 2010 at 1:30 p.m. at the United States Courthouse in Gainesville, Florida.

DONE AND ORDERED this 2nd day of March, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge