IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 1:08cr40-SPM

WILLIAM SAMUAL YEARTY
  a/k/a Sammy Yearty

and

ROBERT ANTHONY PARKER
  a/k/a Tony Parker,

       Defendants.
_____/

**ORDER DENYING MOTIONS
FOR JUDGMENT OF ACQUITTAL AND NEW TRIAL**

This cause comes before the Court on the Amended Motion for New Trial or Judgment of Acquittal (doc. 167) filed by Defendant Yearty and the Motion for Judgment of Acquittal, or in the Alternative, Motion for New Trial (doc. 163) filed by Defendant Parker. The Government filed a single response in opposition to both motions (doc. 169).

In ruling on a motion for judgment of acquittal under Rule 29, the Court may not weigh the evidence or assess the credibility of witnesses. United States v. Brown, 584 F.2d 187, 190 (5th Cir. 1979). The evidence must be accepted in

the light most favorable to the government and the motion granted only if the Court determines that no reasonable jury could have found the defendant guilty beyond a reasonable doubt. United States v. Ward, 197 F.3d 1076, 1079 (11th Cir. 1999).

A court may grant a new trial under Federal Rule of Criminal Procedure 33 "if the interest of justice so requires." Fed. R. Crim. P. 33. A trial court enjoys broad discretion in deciding the motion. United States v. Martin, 763 F.2d 1297, 1312-13 (11th Cir. 1985). The court is permitted to weigh the evidence and make an independent determination of the extent to which the evidence supports the jury's verdict. Id. The verdict, however, should only be set aside in exceptional cases where it would be a miscarriage of justice to allow the verdict to stand. Id.

The arguments made by Defendants in support of their motions were raised during the course of the trial, and considered by the Court and rejected. The court stands by its previous rulings. With regard to the comments made by Agent Quinn, the Court notes that the comment did not have a substantial effect on the verdict considering the other evidence of guilt and the skillful response by Attorney Smith.

The evidence in this case was sufficient to support the jury's guilty verdicts against the Defendants. No miscarriage of justice occurred. Accordingly, it is

ORDERED AND ADJUDGED:

1. Defendant Yearty's Amended Motion for New Trial or Judgment of

Acquittal (doc. 167) is denied.

2. Defendant Parker's Motion for Judgment of Acquittal, or in the Alternative, Motion for New Trial (doc. 163) is denied.

DONE AND ORDERED this 2nd day of April, 2010.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge